1006

[No. 75038-1-I. Division One. July 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAUN CHRISTINE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-01964-7, David E. Gregerson, J., entered May 13, 2015. *Reversed* and *remanded* by unpublished opinion per Trickey, A.C.J., concurred in by Schindler and Spearman, JJ.

[No. 46426-8-II. Division Two. July 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN THOMAS TYLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-00419-9, John P. Wulle, J. Pro Tem., entered September 25, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, C.J., Melnick, J.

[Nos. 46657-1-II; 480671-II. Division Two. July 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE ROLAND ROUSSEL, *Appellant*.

*In the Matter of the Personal Restraint of* LAWRENCE ROLAND ROUSSEL, *Petitioner*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00670-2, Marilyn K. Haan, J., entered August 28, 2014, together with a petition for relief from personal restraint. Judgment *affirmed in part* and *remanded with instructions* and petition *denied* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J.; Maxa, J., dissenting.